```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602009020
Cashier ID: khaynes
Transaction Date: 02/24/2009
Payer Name: LAW OFFICE OF JERRY M BLEVINS
-------------------------------------
CIVIL FILING FEE
 For: LAW OFFICE OF JERRY M BLEVINS
 Case/Party: D-ALM-3-09-CV-000137-001
 Amount:         $350.00
-------------------------------------
CHECK
 Check/Money Order Num: 1248
 Amt Tendered: $350.00
-------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

Blevins v. City of Tuskegee,
Alabama et al

3:09-cv-00137-CSC
```