Alfred J. Davis, City Manager

c. Municipal Officials. Appointments

1. #2006-4: Municipal Prosecutor. Serve At Pleasure of Council. Terms Begins Immediately.

Councilwoman Moon moved to appoint Attorney Blevins as Municipal Prosecutor. Councilwoman Fields seconded the motion. The following roll call vote was recorded: <u>Voting Aye:</u> Councilwoman Moon, Councilwoman Fields, Councilman Aryee; <u>Voting Nay:</u> Mayor Ford, Councilwoman At Large Williams. The motion was carried by a majority of aye votes.

### RESOLUTION #2006-4

**BE IT RESOLVED** by the City Council of the City of Tuskegee, Alabama that _Jerry Blevins_ is hereby appointed Municipal Prosecutor of the City of Tuskegee for the period beginning October 25, 2005 and serving at the pleasure of the City Council.

**ADOPTED AND APPROVED** by the City Council of the City of Tuskegee, Alabama, this 25th day of October 2005.

CITY OF TUSKEGEE, ALABAMA

_____
Johnny Ford, Mayor

ATTEST:
_____
Alfred J. Davis, City Manager

2. 2006-5: Municipal Judge. Serves at Pleasure of City Council. Terms Begins immediately.

Councilwoman At Large Williams moved to appoint Attorney Albert C. Bulls, 111 as Municipal Judge. Mayor Ford seconded the motion. The following roll call vote was recorded: Voting Aye – Mayor Ford, Councilwoman At Large Williams. Voting Nay – Councilwoman Moon, Councilwoman Fields. Abstained – Councilman Aryee. The motion died for the lack of a majority of aye votes.

Councilwoman Moon moved to appoint Attorney Lateefah Muhammad as Municipal Judge. Councilwoman Fields seconded the motion. The following roll call vote was recorded: Voting Aye – Councilwoman Moon, Councilwoman Fields. Voting Nay – Councilwoman At Large Williams, Mayor Ford. Abstained – Councilman Aryee. The motion died for the lack of a majority of aye votes.

Mayor Ford stated since neither motion passed, the Municipal Judge remains the same, which is Attorney Bulls.

### RESOLUTION #2006-5

**BE IT RESOLVED** by the City Council of the City of Tuskegee, Alabama that _Albert C. Bulls 111_ is hereby appointed Municipal Judge of the City of Tuskegee for the period beginning October 25, 2005 and serving at the pleasure of the City Council.

**ADOPTED AND APPROVED** by the City Council of the City of Tuskegee, Alabama, this 25th day of October 2005.

CITY OF TUSKEGEE, ALABAMA

_____
Johnny Ford, Mayor

DEFENDANT'S EXHIBIT 2

6