IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY M. BLEVINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 3:09-CV-137-WKW |
| v. | ) |
| | ) |
| CITY OF TUSKEGEE, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior orders in this case, it is ORDERED that judgment is entered in favor of Defendants, and against Plaintiff on Plaintiff's Title VII claims (Counts I and II), and that Plaintiff's supplemental state law claims (Counts III-VI) are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3). All costs are taxed against Plaintiff, for which let execution issue. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil.

DONE this 18th day of June, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE