IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY M. BLEVINS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.: 3:09-cv-137-WKW |
| | * | |
| CITY OF TUSKEGEE, ALABAMA, et al. | * | |
| | * | |
| Defendants. | * | |

## DEFENDANTS' BILL OF COSTS

COME NOW Defendants, the City of Tuskegee, Alfred Davis Johnny Ford, Mae Williams, and Willie Fields, and file this Bill of Costs pursuant to 28 U.S.C. § 1920 and Rule 54(d)(1) of the Federal Rules of Civil Procedure. In support of their Bill of Costs, Defendants state as follows:

1.      Title 28 of the United States Code, § 1920 allows a Judge or Clerk of the Court to tax costs.

2.      Rule 52(d)(1) of the Federal Rules of Civil Procedure states that costs, other than attorney's fees, shall be allowed as a matter of course to the prevailing party.

3.      Defendants file this Bill of Costs and Bill of Costs form with the Court Clerk, requesting the Court Clerk to grant the costs stated below and listed on the form. See Exhibit "A".

4.      Rule 54(d)(1) of the Federal Rules of Civil Procedure allows costs to be awarded to the prevailing party.

5.      Defendants were awarded cost. See Exhibit "B".

6.      Defendants request the Court to enter an award of costs in their favor.

WHEREFORE, Defendants request the Court Clerk to issue an Order for Plaintiff to reimburse them for the costs that were incurred in defending this action pursuant to 28 U.S.C. § 1920

and Rule 54(d)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted this the 23rd day of June, 2010.


                                                    s/ Rick A. Howard
                                                Alex L. Holtsford, Jr. (HOL048)
                                                Rick A. Howard (HOW045)
                                                April W. McKay (WIL304)
                                                Attorneys for Defendants

OF COUNSEL:

*Holtsford Gilliland Higgins Hitson & Howard, P.C.*
Post Office Box 4128
Montgomery, AL 36103-4128
(334) 215-8585


## CERTIFICATE OF SERVICE

I hereby certify that an exact copy of the foregoing instrument has been served (a) through

the Court's e-filing system; (b) by placing a copy of the same in the United States Mail, postage

prepaid and properly addressed; and/or ( c) by personal/firm e-mail to:

John David Saxon
Joseph Anthony Hutchings
2119 3rd Avenue North
Suite 100
Birmingham, Alabama 35203

On this the 23rd day of June, 2010.


                                                s/ Rick A. Howard
                                                OF COUNSEL

AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |
|---|---|---|

Jerry M. Blevins

**BILL OF COSTS**

V.

City of Tuskegee, Alabama, et al.

Case Number:   **3:09-cv-137-WKW**

Judgment having been entered in the above entitled action on   June 18, 2010 ☒ against   Jerry M. Blevins                    ,

the Clerk is requested to tax the following as costs:                          Date

| | | |
|---|---|---|
| Fees of the Clerk ................................................................. | $ | |
| Fees for service of summons and subpoena .............................................. | | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 712.11 | |
| Fees and disbursements for printing ..................................................... | | |
| Fees for witnesses (itemize on reverse side) .............................................. | | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | | |
| Docket fees under 28 U.S.C. 1923 ....................................................... | | |
| Costs as shown on Mandate of Court of Appeals ......................................... | | |
| Compensation of court-appointed experts ................................................ | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | | |
| Other costs (please itemize) ............................................................ | 651.45 | |

TOTAL   $ 1,363.56

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

---

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   ~~John David Saxon, Attorney for Jerry M. Blevins~~

Signature of Attorney: _____

Name of Attorney:   Rick A. Howard                                                          ☒

For:  Defendants                                                          Date: June 23, 2010
                          Name of Claiming Party

Costs are taxed in the amount of _____   and included in the judgment.

| DEBRA P. HACKETT | By: | |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |