EXHIBIT "A"

| **Depositions** | **$712.11** |
|---|---|
| Deposition of Jerry Blevins | $347.95 |
| Deposition of Alfred Davis | $364.15 |

| **Mileage** | | **$651.45** |
|---|---|---|
| Date | Destination | Amount |
| 5/07/07 | Trip to Tuskegee for meeting with City Manager | $37.35 |
| 7/06/07 | Trip to Tuskegee for research of court file | $37.35 |
| 7/09/07 | Trip to Tuskegee for meeting with client | $37.35 |
| 7/10/07 | Trip to Tuskegee for conference with Alfred Davis | $37.35 |
| 7/27/07 | Trip to Tuskegee for conference with Alfred Davis | $36.86 |
| 8/08/07 | Trip to Tuskegee for meeting with client | $37.35 |
| 8/09/07 | Trip to Tuskegee for meeting with client | $37.35 |
| 9/17/07 | Trip to Tuskegee for meeting with client | $37.35 |
| 10/19/07 | Trip to Tuskegee for meeting with client | $37.35 |
| 10/24/07 | Trip to Tuskegee for meeting with client | $37.35 |
| 1/18/08 | Trip to Tuskegee for meeting with client | $38.89 |
| 2/15/08 | Trip to Tuskegee for conference with Gwen Hughley | $37.37 |
| 2/26/08 | Trip to Tuskegee for conference with Alfred Davis | $38.38 |
| 2/27/08 | Trip to Tuskegee for deposition of Plaintiff | $43.43 |
| 6/18/08 | Trip to Tuskegee for conference with Judge Bulls | $47.47 |
| 6/27/08 | Trip to Tuskegee for conference with council members | $40.40 |
| 3/04/10 | Trip to Tuskegee for conference with Alfred Davis | $32.50 |