IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JERRY M. BLEVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 3:09-CV-137-WKW |
| v. ) | |
| ) | |
| CITY OF TUSKEGEE, ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

In accordance with the prior orders in this case, it is ORDERED that judgment is entered in favor of Defendants, and against Plaintiff on Plaintiff's Title VII claims (Counts I and II), and that Plaintiff's supplemental state law claims (Counts III-VI) are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3). All costs are taxed against Plaintiff, for which let execution issue. The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil.

DONE this 18th day of June, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE


EXHIBIT B