IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JERRY M. BLEVINS,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )   **Case No.: 3:09-CV-137-WKW** |
| | ) |
| **CITY OF TUSKEGEE, ALABAMA,** | ) |
| **et al.,** | ) |
| | ) |
|    **Defendants.** | ) |

**PLAINTIFF'S OBJECTION TO DEFENDANTS'
BILL OF COSTS**

**COMES NOW** the Plaintiff, Jerry M. Blevins, by and through his attorneys of record, and for his Objection to Defendants' Bill of Costs states as follows:

The costs submitted by the Defendants were not incurred in the defense of this case. "The question of whether the costs for a deposition are taxable depends on the factual question of whether the deposition was wholly or partially 'necessarily obtained for use in the case.'" U.S. E.E.O.C. v. W&O, Inc.,213 F.3d 600, 620-21 (11th Cir. 2000) quoting Newman v. A.E. Staley Mfg. Co., 648 F.2d 330, 337 (5th Cir. Unit B 1981). 28 U.S.C. § 1920 governs and defines which costs are taxable by the prevailing party. That statute lists six taxable costs:

    (1) Fees of the clerk and marshall; (2) Fees for printed or

> electronically recorded transcripts necessarily obtained for use in the case; (3) Fees and disbursements for printing and witnesses; (4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case; (5) Docket fees under section 1923 of this title: (6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

The Defendants claim costs for the depositions of the Plaintiff and Alfred Davis, yet both depositions were taken pursuant to the Plaintiff's previous action in Macon County Circuit Court, CV-2007-900018, as is apparent from the first page of each transcript. (Ex. 1; Ex. 2.) As such, they were not necessarily obtained for use in **this** case, and therefore are not taxable to the Plaintiff.

Notably, mileage is not among the six costs listed as taxable against the losing party. Furthermore, even if mileage costs were taxable under § 1920, the Plaintiff did not file this case until February 24, 2009 (Doc. 1), yet sixteen of the seventeen trips listed by the Defendants occurred before the Plaintiff even filed suit in this Honorable Court. (Doc. 34-1.) As the Court is aware, the Plaintiff has causes of action under Alabama law as well as federal law. Even though his Title VII claims have been dismissed, the Plaintiff may still pursue his state claims. Until those claims are adjudicated, it would be improper to tax costs to the Plaintiff.

2

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff respectfully requests that this Honorable Court deny Defendants' Cost Bill.

                                      **Respectfully Submitted**

                                      **/s/ Joseph A. Hutchings**
                                      **John D. Saxon**
                                      **State Bar No. ASB-3258-O71J**
                                      **Joseph A. Hutchings**
                                      **State Bar No.: ASB-8363-H59H**
                                      **Jerry M. Blevins**
                                      **State Bar No. ASB-2138-B65J**
                                      **Attorneys for Plaintiff**

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
**2119 3rd Avenue North**
**Birmingham, Alabama 35203**
**Telephone: (205) 324-0223**
**Facsimile:  (205) 323-1583**
**Email:      jsaxon@saxonattorneys.com**
**            jhutchings@saxonattorneys.com**

**LAW OFFICE OF JERRY M. BLEVINS**
**2800 Zelda Road**
**Suite 200-3**
**Montgomery, AL 36106**
**Tel.:  (334) 262-7600**
**Fax:  (334) 262-7644**
**Email:      ATTYJMBlev@aol.com**

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above Plaintiff's Objection to Defendants' Bill of Costs on following counsel of record by filing same with the CM/ECF system, which will provide electronic notice to:

Alex L. Holtsford, Jr.
April W. McKay
Rick A. Howard
**HOLTSFORD GILLILAND HIGGINS & HITSON, P.C.**
Post Office Box 4128
Montgomery, AL 36103

**DONE** this the 29th day of June, 2010.

                                        **/s/ Joseph A. Hutchings**
                                        **OF COUNSEL**