Page 1

IN THE CIRCUIT COURT

OF

MACON COUNTY, ALABAMA


JERRY M. BLEVINS,

    Plaintiff,

vs.                      CIVIL ACTION AT LAW
                         CASE NO. CV-2007-900018

CITY OF TUSKEGEE, et al.,

    Defendants.


* * * * * * * * * *

    DEPOSITION OF JERRY MICHAEL BLEVINS, taken pursuant to stipulation and agreement before Mallory M. Johnson, Certified Court Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, 108 Eastside Street, Tuskegee, Alabama, on Thursday, February 27, 2008, commencing at approximately 11:55 a.m.

* * * * * * * * * *

EXHIBIT
1