JERRY M. BLEVINS v. CITY OF TUSKEGEE, ET AL.   2/27/2008
DEPOSITION OF ALFRED DAVIS

Page 1

IN THE CIRCUIT COURT

OF

MACON COUNTY, ALABAMA


JERRY M. BLEVINS,

    Plaintiff,

vs.                  CIVIL ACTION AT LAW
                    CASE NO. CV-2007-900018

CITY OF TUSKEGEE, et al.,

    Defendants.


\* \* \* \* \* \* \* \* \* \*

    DEPOSITION OF ALFRED J. DAVIS, taken pursuant to stipulation and agreement before Mallory M. Johnson, Certified Court Reporter and Commissioner for the State of Alabama at Large, in the Law Offices of Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, 108 Eastside Street, Tuskegee, Alabama, on Thursday, February 27, 2008, commencing at approximately 9:00 a.m.

\* \* \* \* \* \* \* \* \* \*

EXHIBIT 2

Blevins v. City of Tuskegee 00327

ae4e3950-bc64-40ef-b006-a862492eafc0